■ In the Matter of the CITY SCHOOL DISTRICT OF THE CITY OF TONAWANDA, Respondent, v TONAWANDA EDUCATION ASSOCIATION, Appellant. — Order unanimously reversed, without costs, motion denied, and arbitration award confirmed. Memorandum: The Tonawanda Education Association and the grievant teacher appeal from an order vacating an arbitration award on the ground that a prior award is *res judicata* of the issues raised in the present arbitration. We reverse. The question of the *res judicata* effect of the prior award was "within the exclusive province of the arbitrator to resolve" (*Board of Educ. v Patchogue-Medford Congress of Teachers,* 48 NY2d 812, 813). Since none of the statutory grounds for vacating the award is present, the award must be confirmed. (Appeal from order of Supreme Court, Erie County, Ostrowski, J. — arbitration.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.